UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LATIKA HILL, As Personal**
**Representative of The Estate of**
**JEROME ALLEN, JR., Deceased,**

    Plaintiff,

vs.                                          CASE NO.: 3:19-CV-00233-TJC-MCR

**THE CITY OF JACKSONVILLE; The**
**Jacksonville Sheriff's Office;**
**MIKE WILLIAMS, In His Official**
**Capacity as Sheriff of The**
**Consolidated City of Jacksonville and**
**Duval County, Florida; and**
**OFFICER KYLE KVIES,**
**OFFICER LANCE GRIFFIS,**
**OFFICER BRIAN TURNER,**
**and SERGEANT CLAYTON SHORT,**

    **Defendants.**
_____/

## INDIVIDUAL DEFENDANTS'
## CERTIFICATE OF INTERESTED PERSONS

    OFFICER KYLE KVIES and OFFICER LANCE GRIFFIS, hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% of more of a party's stock, and all other identifiable legal entities related to any party in this case:

        a)  City of Jacksonville

        b)  Sheriff Mike Williams

        c)  Clayton Short

        d)  Kyle Kvies

        e)  Lance Griffis

        f)  Bryan Turner

g) Latika Hill

h) Estate of Jerome Allen

i) Office of General Counsel, City of Jacksonville

j) Sean Granat, Esq.

k) Sonya H. Hoener, Esq.

l) Coker Law

m) Howard C. Coker, Esq.

n) Daniel A. Iracki, Esq.

o) N. Joel Harris, Esq.

p) Chelsea Harris, Esq.

q) Rhonda Peoples-Waters, Esq.

r) Rhonda People-Waters, P.A.

s) Saalfield Shad, P.A.

t) Clemente Inclan, Esq.

u) Paul Daragjati, Esq.

v) Paul Daragjati, PLC

2. The name of every other entity who's publicly traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity, which is likely to be an active participant in the proceedings, including the debtor and members of the creditors= committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff and Estate of Jerome Allen

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of such conflict.

**Dated: Wednesday, April 17, 2019**

Respectfully submitted,

**PAUL DARAGJATI, P.L.C.**

 */s/   Paul A. Daragjati*
**PAUL A. DARAGJATI, ESQ.**
Florida Bar No. 713813
paul@daragjatilaw.com
5530 Beach Blvd.
Jacksonville, FL 32207
Telephone:   (904) 398-7010
Fax:              (904) 398-7192
Counsel for Individual Defendants Kvies & Griffis

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Wednesday, April 17, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide an electronic copy to all attorneys of record.

*/s/ Paul A. Daragjati*
*Attorney for Individual Defendants Kvies & Griffis*